

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| THE STATE OF TEXAS, | § | No. 08-16-00322-CR |
| State, | § | Appeal from the |
| v. | § | 120th District Court |
| GEORGE FRANK DIAMOS, III, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D05419) |
|  | § |  |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **July 7, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, State's attorney, prepare the State's brief and forward the same to this Court on or before July 7, 2017.

IT IS SO ORDERED this 23rd day of May, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.